UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.

ERIC PATTON, et al.,

                Defendants.

02 Civ. 2564 (SJ)(JMA)

## FINAL JUDGMENT AS TO DEFENDANT JOHN TSIFORIS

The Securities and Exchange Commission having filed an Amended Complaint and Defendant John Tsiforis ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Amended Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or

instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a) to employ any device, scheme, or artifice to defraud;

(b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: 3/14/08 , ___

s/b Judge Johnson

Judge Sterling Johnson, Jr.
Senior United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                      **Plaintiff,**

      v.

ERIC PATTON, et al.,

                      **Defendants.**

02 Civ. 2564 (SJ)(JMA)

## PLAINTIFF'S MOTION FOR ENTRY OF SETTLED FINAL JUDGMENT

Plaintiff, the Securities and Exchange Commission, moves that the Court enter the settled Final Judgment as to Defendant John Tsiforis, which is filed herewith and which incorporates the Consent of John Tsiforis, also filed herewith.

Mr. Tsiforis presently resides in Greece and claims that country as his permanent residence. He is, therefore, beyond the jurisdiction of effective civil process in the United States. He has, however, consented to entry of a permanent injunction against further violation of the statute and rule he is charged with violating in the Amended Complaint.

Entry of this settled final judgment will conclude matters as to all defendants named in the Amended Complaint, other than entry of relief against defendant

Constantine Stamoulis, who was found liable for the same offenses by a jury in February, 2008. A motion for entry of relief against Mr. Stamoulis is pending before the Court.

Dated: March 4, 2008

s/ James A. Kidney
James A. Kidney
Amie Kruse Long
Attorneys for Plaintiff
Securities and Exchange Commission
100 F St, NE
Washington, DC 20549-4010
(tel) 202/551-4441 (Kidney)
(fax) 202/772-9246 (Kidney)
kidneyj@sec.gov

## CERTIFICATE OF SERVICE

The undersigned counsel for the plaintiff hereby certifies that a copy of the attached Motion for Entry of Settled Judgment as to Defendant John Tsiforis, a proposed Order and the Consent of John Tsiforis were served via ECF on counsel for defendants and via e-mail and Federal Express on *pro se* defendants Constantine Stamoulis and John Tsiforis.

s/James A. Kidney
Counsel for the Plaintiff